UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Larry Maurice Taylor,

       Petitioner,

vs.                                               ORDER ADOPTING
                                                  REPORT AND RECOMMENDATION
Ramsey County,

       Respondent.                     Civil No. 15-3865 (PJS/LIB)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. That the Petition for a writ of habeas corpus, [Docket No. 1], is **DENIED** and this action is **DISMISSED with prejudice.**

2. Judgment is entered accordingly.


DATED: 06/21/16                           s/Patrick J. Schiltz
At Minneapolis, Minnesota                 Patrick J. Schiltz, Judge
                                          United States District Court